UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEANNE SPARLING and MICHAEL J. SPARLING, on behalf of and as representatives for MICHAEL L. SPARLING, deceased, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| JONATHAN VINCENT DOYLE, an individual; JACOB GEISSLER, an individual; USPLABS JACK3D, LLC; USPLABS, LLC; USPS HOLDING, LLC; GNC CORPORATION; NATURAL ALTERNATIVES INTERNATIONAL, INC.; and DOES 1-500, inclusive, | § § § § § § § § § | EP-13-CV-00323-DCG |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OPPOSED MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM GNC TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION; and MOTION FOR SANCTIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendants JONATHAN VINCENT DOYLE, an Individual, JACOB GEISSLER, an Individual, USPLABS JACK3D, LLC, USPLABS, LLC, USPLABS HOLDING, LLC, and GNC CORPORATION, who file this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Compel Further Discovery Responses from GNC to Plaintiffs' First Set of Requests for Production; and Motion for Sanctions. (ECF# 143)

Local Rules CV-7(e)(2) and (f)(2) provide that parties have seven (7) days in which to file a response to a non-dispositive motion and a reply to a response to a non-dispositive motion. Defendants respectfully request additional time in which to file their response to the Plaintiffs' motion (ECF# 143), considering the facts that (1) Defendants have not yet received the transcript

of the hearing held on September 24, 2014, which is critical to Defendants' response (ECF# 148), and (2) Plaintiffs' submission combines a motion to compel and a motion for sanctions.

Defendants submit their instant Unopposed Motion in the interests of justice and judicial efficiency and, therefore, request an additional week in which to file their Response in Opposition to Plaintiffs' Opposed Motion to Compel Further Discovery Responses from GNC to Plaintiffs' First Set of Requests for Production; and Motion for Sanctions. Defendants' counsel has conferred with counsel for Plaintiffs to inquire as to whether they oppose Defendants' instant request for relief. Counsel for Plaintiffs has stated that he does not oppose the relief sought by Defendants in this instant Motion for Extension of Time.

For the foregoing reasons and in the interests of justice, Defendants most respectfully pray that the Court grant this Unopposed Motion and permit Defendants an extension of time until November 4, 2014, in which to respond to "Plaintiffs' Opposed Motion to Compel Further Discovery Responses from GNC to Plaintiffs' First Set of Requests for Production; and Motion for Sanctions."

A proposed Order for the Court's consideration is attached hereto.

Respectfully submitted,

Dated: October 27, 2014           */s/ Joe A. Spencer Jr.*
                                          Bruce W. Steckler
                                          Texas Bar No. 00785039
                                          Mazin A. Sbaiti
                                          Texas Bar No. 24058096
                                          Sean R. Cox
                                          Texas Bar No. 24031980
                                          **STECKLER LAW GROUP LLP**
                                            12720 Hillcrest Road - Suite 1045
                                            Dallas, TX  75230
                                            Tel:  972-387-4040
                                            Fax:  972-387-4041
                                            bruce@stecklerlaw.com
                                            mazin@stecklerlaw.com

>sean@stecklerlaw.com
>
>Joe A. Spencer Jr.
>Texas Bar No. 18921800
>1009 Montana Ave
>El Paso, TX 79902-5411
>Phone: 915-532-5562
>
>Counsel for Defendants
>Jonathan Vincent Doyle, Jacob Geissler,
>USPLABS JACK3D, LLC, USPLABS,
>LLC, USPLABS HOLDING, LLC, and
>GNC CORPORATION

### CERTIFICATE OF CONFERENCE

Counsel for Defendants, Mazin Sbaiti and Sean Cox, and Counsel for Plaintiffs have personally conducted a conference at which there was a substantive discussion of every item presented to the Court in this motion and Counsel for Plaintiffs indicated they are unopposed to the relief requested. Certified to the day of October 27, 2014 by:

>*/s/ Sean Cox*
>Sean Cox

### CERTIFICATE OF SERVICE

The undersigned certifies that on this, the 27th day of October, 2014, he caused a true and correct copy of the foregoing document to be served on the following counsel of record pursuant to the Court's Electronic Notice Procedures and CM/ECF system established for the United States District Court for the Western District of Texas: Anne Andrews, Esq., John C. Thornton, Esq., and Sean T. Higgins, Esq., Andrews and Thornton, 2 Corporate Park, Suite 110, Irvine, CA 92606, Attorneys for Plaintiffs.

>*/s/ Joe A. Spencer Jr.*
>Joe A. Spencer Jr.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEANNE SPARLING and MICHAEL J. SPARLING, on behalf of and as representatives for MICHAEL L. SPARLING, deceased,** | § § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | |
| **JONATHAN VINCENT DOYLE, an individual; JACOB GEISSLER, an individual; USPLABS JACK3D, LLC; USPLABS, LLC; USPS HOLDING, LLC; GNC CORPORATION; NATURAL ALTERNATIVES INTERNATIONAL, INC.; and DOES 1-500, inclusive,** | § § § § § § § § § | EP-13-CV-00323-DCG |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OPPOSED MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM GNC TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION; and MOTION FOR SANCTIONS**

On this date, came on to be considered Defendants, JONATHAN VINCENT DOYLE, an Individual, JACOB GEISSLER, an Individual, USPLABS JACK3D, LLC, USPLABS, LLC, USPLABS HOLDING, LLC, and GNC CORPORATION ("Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Compel Further Discovery Responses from GNC to Plaintiffs' First Set of Requests for Production; and Motion for Sanctions. The Court reviewed all pertinent pleadings and filings in this case and after consideration of same is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Compel Further Discovery Responses from GNC to Plaintiffs' First Set of Requests for Production; and Motion for Sanctions be and is

hereby granted. Defendants are hereby granted an extension of time until November 4, 2014, in which to file their Response in Opposition to Plaintiffs' Opposed Motion to Compel Further Discovery Responses from GNC to Plaintiffs' First Set of Requests for Production; and Motion for Sanctions.

      SIGNED AND ENTERED on this \_\_\_\_ day of _____ 2014.

      _____
      **ANNE T. BERTON**
      **UNITED STATES MAGISTRATE JUDGE**